# ALABAMA COURT OF CRIMINAL APPEALS



July 25, 2025

**CR-2023-0235**
Kevin Saffold v. State of Alabama (Appeal from Houston Circuit Court: CC-19-917, CC-19-918, and CC-19-919)

## <u>NOTICE</u>

You are hereby notified that on July 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk